COPY

FILED

2012 OCT 18 PM 3:14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

Ekwan E. Rhow - State Bar No. 174604
eer@birdmarella.com
Karis A. Chi - State Bar No. 225778
kac@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for SK Networks Company Limited

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

SK NETWORKS COMPANY LIMITED, a South Korean corporation,

Plaintiff,

vs.

BENTLEYFORBES HOLDINGS, LLC, a Delaware limited liability company,

Defendant.

Case No. CV12-8997-MMM (SHx)

**COMPLAINT FOR BREACH OF PROMISSORY NOTE**

Plaintiff SK Networks Company Limited, by and through its counsel of record, alleges as follows:

## NATURE OF ACTION

1. This is an action to enforce a promissory note containing an unequivocal promise by defendant BentleyForbes Holdings, LLC to pay $11,653,922.60 to plaintiff SK Networks Company Limited by February 29, 2012. To date, no payment has been made on the promissory note.

## THE PARTIES

2. Plaintiff SK Networks Company Limited ("SKN" or "Plaintiff") is now, and at all times mentioned herein was, a South Korean corporation with its principal place of business in Seoul, South Korea.

3. Upon information and belief, defendant BentleyForbes Holdings, LLC ("BF Holdings"), is now, and was at all times mentioned herein, a Delaware limited liability company authorized to do business and doing business in the State of California, with its principal place of business located at 10250 Constellation Boulevard, Suite 2300, Los Angeles, California 90067. Upon information and belief, all of the members of BF Holdings are citizens of California and/or Delaware.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. Plaintiff SKN is a citizen of South Korea. Upon information and belief, BF Holdings is a citizen of Delaware and California. There is complete diversity of citizenship between plaintiff and defendant, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a)(1), because defendant resides in Los Angeles, California.

///

///

**FIRST CAUSE OF ACTION**

**(Breach of Promissory Note – Against BentleyForbes Holdings, LLC)**

6. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1-5, inclusive.

7. On or about December 30, 2011, BF Holdings made, executed and delivered to SNK a written promissory note (the "Note") containing an unequivocal and unconditional obligation to pay $11,653,922.60 to SKN on or prior to February 29, 2012.

8. A true and correct copy of the Note, the terms of which are incorporated herein by reference, is attached to this Complaint as Exhibit A.

9. In addition the principal sum, the Note also requires BF Holdings to pay SKN, upon demand, "all legal and other costs and expenses of every kind and description, including reasonable attorneys' fees and disbursements, relating to the collection and/or enforcement of this Note or of any rights hereunder."

10. The Note is governed by the laws of the State of New York, and is binding upon BF Holdings' successors and assigns.

11. BF Holdings failed to pay the sum of $11,653,922.60 to SKN by February 29, 2012. To date, BF Holdings has not paid any portion of the amount due under the Note.

12. SKN has demanded payment from BF Holdings, which has refused and continues to refuse to pay SKN in accordance with the terms of the Note.

13. BF Holdings is in breach of the express and unambiguous terms of the Note, and SKN has been damaged and is entitled to immediate payment of $11,653,922.60.

/ / /

/ / /

/ / /

/ / /

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff SK Networks Company Limited prays for judgment against Defendant BentleyForbes Holdings, LLC as follows:

A. For an award in favor of Plaintiff and against Defendant in the amount of $11,653,922.60;

B. For pre-judgment interest;

C. For Plaintiff's attorneys' fees and costs; and

D. For such other relief as the Court deems just and proper.

DATED: October 18, 2012

Ekwan E. Rhow
Karis A. Chi
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.

By: ______________________
Karis A. Chi
Attorneys for SK Networks Company Limited

# EXHIBIT A

**PROMISSORY NOTE**

$11,653,922.60 December 30, 2011

FOR VALUE RECEIVED, pursuant to this note (this "Note") the undersigned, BENTLEYFORBES HOLDINGS, LLC, a Delaware limited liability company ("Maker"), hereby promises to pay to SK NETWORKS COMPANY LIMITED, a company established and existing under the laws of the Republic of Korea ("Holder"), at such address as Holder may from time to time designate in writing, the principal sum of ELEVEN MILLION SIX HUNDRED FIFTY THREE THOUSAND NINE HUNDRED TWENTY TWO AND 60/100 DOLLARS ($11,653,922.60), in lawful money of the United States of America, on or prior to February 29, 2012.

Maker agrees to pay the principal sum of this Note together with interest thereon and all other sums due and/or payable hereunder in accordance with the following terms and conditions:

1. No Interest. No interest shall accrue upon or be payable with respect to amounts due or outstanding under this Note.

2. Prepayment. Maker shall have the right to prepay the indebtedness evidenced by this Note, in whole or in part, without penalty, upon three (3) days prior written notice to Holder. Any prepayment of this Note received by Holder shall be applied by Holder to amounts outstanding hereunder as follows: (a) first, to any amounts other than principal due and payable hereunder, and (b) second, to the principal amount outstanding hereunder.

3. Costs of Enforcement. Maker will pay to Holder upon demand all legal and other costs and expenses of every kind and description, including reasonable attorneys' fees and disbursements, relating to the collection and/or enforcement of this Note or of any rights hereunder.

4. Waivers. Maker and every endorser and guarantor of this Note hereby waives presentment, demand, notice of dishonor, protest, and all other demands and notices in connection with the delivery, acceptance, performance, and enforcement of this Note or of any rights hereunder.

5. Governing Law. This Note shall be governed by, and construed and enforced in accordance with, the laws of the State of New York excluding any choice or conflict of laws rules of the State of New York that would require the application of the laws of a jurisdiction other than the State of New York.

6. Successors and Assigns. This Note shall be binding on all parties hereto and their successors and assigns. Except as modified in writing, this Note shall continue in full force and effect in accordance with its terms.

7. Severability. Wherever possible, each provision of this Note shall be interpreted in such manner as to be effective and valid under applicable legal requirements, but if any provision of this Note shall be prohibited by or invalid under applicable legal requirements, such provision shall be ineffective to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Note

8. Headings. The paragraph headings in this Note are included herein for convenience of reference only and shall not constitute a part of this Note for any other purpose.

*[Balance of page left blank/signature page follows]*

IN WITNESS WHEREOF, the undersigned Maker has executed this Note as an instrument under seal, all as of the day, month and year first written above.

BENTLEYFORBES HOLDINGS, LLC

C. Frederick Wehba II

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Stephen J. Hillman.

The case number on all documents filed with the Court should read as follows:

**CV12- 8997 MMM (SHx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.



Ekwan E. Rhow, Karis A. Chi
Bird, Marella, Boxer, Wolper, Nessim,
Drooks & Lincenberg, P.C.
1875 Century Park East, 23rd Flr.,
Los Angeles, CA 90067
Attorneys for Plaintiff SK Networks Co. Ltd.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SK NETWORKS COMPANY LIMITED, a South Korean corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>BENTLEYFORBES HOLDINGS, LLC, a Delaware limited liability company<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-8997-MMM(SHx)<br><br>**SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ______________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Ekwan E. Rhow and Karis A. Chi, whose address is 1875 Century Park E., 23rd Flr,. Los Angeles, CA 90067. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: OCT 18 2012

By: MARILYN DAVIS
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SK NETWORKS COMPANY LIMITED, a South Korean corporation

**DEFENDANTS**
BENTLEYFORBES HOLDINGS, LLC, a Delaware limited liability company

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Ekwan E. Rhow, SBN: 174604; Karis A. Chi, SBN: 225778
Bird Marella Boxer Wolpert Nessim Drooks & Lincenberg PC
1875 Century Park E., 23rd Flr, Los Angeles, CA 90067 (310) 201-2100

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☑ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT: $** 11,653,922.60

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Diversity jurisdiction under 28 U.S.C. § 1332. Action to enforce promissory note.

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☑ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV12-8997

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | South Korea |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | South Korea |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** October 18, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |