# DECLARATION

## DECLARATION OF YOO CHAN SEO

I, Yoo Chan Seo, declare as follows:

1. I am the Team Leader of the Project Administration Team at SK Networks Company Limited ("SKN"), the plaintiff in this action. I make this declaration in support of SKN's Application for Right to Attach Order and Writ of Attachment against defendant Bentley Forbes Holdings, LLC ("BF Holdings"). By virtue of my job responsibilities as Team Leader of the Project Administration Team, I have personal knowledge of, or have confirmed through my review of business records and discussion with appropriate personnel, the facts stated in this declaration and know them to be true and correct. If called as a witness to testify regarding these facts, I could and would do so.

2. SKN is the holder of a promissory note executed by BF Holdings on or about December 31, 2011 that promised payment of the principal amount of $11,653,922.60 on or prior to February 29, 2012. SKN did not draft the promissory note. It was prepared and executed by BF Holdings and delivered to SKN. A true and correct copy of the promissory note is attached to this declaration as Exhibit A.

3. To date, BF Holding has not made any payment on the promissory note. SKN has demanded payment since February 29, 2012, but those demands have been refused by BF Holdings.

4. SKN is seeking an attachment in order to preserve its right to recovery on its claim against BF Holdings, and not for any other purpose. SKN is not aware of any information to suggest that any bankruptcy discharge or stay is in effect with respect to SKN's claim against BF Holdings concerning the promissory note.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on October 24, 2012, in Seoul, the Republic of Korea.

_____
Yoo Chan Seo

2905485.1