BLANK ROME LLP
Gregory M. Bordo (SBN 156147)
GBordo@BlankRome.com
Arti L. Bhimani (SBN 235240)
ABhimani@BlankRome.com
1925 Century Park East, 19th Floor
Los Angeles, California  90067
Telephone:  (424) 239-3400
Facsimile:  (424) 239-3434

Attorneys for Defendant
BENTLEYFORBES HOLDINGS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SK NETWORKS COMPANY LIMITED, A South Korean corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BENTLEYFORBES HOLDING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. CV12-8997-MMM (SHx)<br><br>**DEFENDANT BENTLEYFORBES HOLDINGS, LLC'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF YOO CHAN SEO**<br><br>[Filed concurrently with the Opposition to Plaintiff's Motion for Right to Attach Order and Writ of Attachment and the Declaration of C. Frederick Wehba]<br><br>Date:     December 17, 2012<br>Time:     2:00 p.m.<br>Dept.:     550<br><br>Action Filed: October 28, 2011 |

137977.00603/95104574v.1

DEFENDANT BENTLEYFORBES HOLDINGS, LLC'S EVIDENTIARY OBJECTIONS TO
THE DECLARATION OF YOO CHAN SEO

## OBJECTIONS TO DECLARATION OF YOO CHAN SEO

| **Material Objected to:** | **Grounds for Objection:** |
|---|---|
| 1. Paragraphs 1 – 4: "By virtue of my job responsibilities as Team Leader of the Project Administration Team, I have personal knowledge of, or have confirmed through my review of business records and discussion with appropriate personnel, the facts stated in this declaration and know them to be true and correct . . . ." | Statement lacks foundation. Portions of the declaration are *admittedly* not within the declarant's personal knowledge, inadmissible testimony of the content of a writing, and/or based on hearsay. *See Cal. Evid. Code* §§ 702(a), 1200(a), 1200(b), 1523. |
| 2. Paragraph 2: "SKN is the holder of a promissory note executed by BF Holdings on or about December 31, 2011 that promised payment of the principal amount of $11,653,922.60 on or prior to February 29, 2012." | The statement is (1) inadmissible oral testimony of the content of a writing (Secondary Evidence Rule), (2) hearsay, and (3) taken out of context as the document should be understood in context with other documents relating to the same debt. *See Cal. Evid. Code* §§ 1523, 1200(a), and 1200(b). |
| 3. Paragraph 2: "SKN did not draft the promissory note." | Statement lacks foundation. Based on declarant's assertions in Paragraph 1, it is unclear whether this statement is within the declarant's personal |

137977.00603/95104574v.1

DEFENDANT BENTLEYFORBES HOLDINGS, LLC'S EVIDENTIARY OBJECTIONS TO
THE DECLARATION OF YOO CHAN SEO

| | |
|---|---|
| | knowledge. Statement is also inadmissible testimony of the content of a writing, and/or based on hearsay. *See Cal. Evid. Code* §§ 702(a), 1200(a), 1200(b), 1523. |
| 4. Paragraph 2: "It was prepared and executed by BF Holdings and delivered to SKN." | Statement lacks foundation. Based on declarant's assertions in Paragraph 1, it is unclear whether this statement is within the declarant's personal knowledge. Statement is also inadmissible testimony of the content of a writing, and/or based on hearsay. *See Cal. Evid. Code* §§ 702(a), 1200(a), 1200(b), 1523. |
| 5. Paragraph 3: "To date, BF Holding has not made any payment on the promissory note." | Statement lacks foundation. Based on declarant's assertions in Paragraph 1, it is unclear whether this statement is within the declarant's personal knowledge. |
| 6. Paragraph 3: "SKN has demanded payment since February 29, 2012, but those demands have been refused by BF Holdings." | Statement is inadmissible hearsay. Statement lacks foundation. Based on declarant's assertions in Paragraph 1, unclear whether this statement is within the declarant's personal knowledge. *See Cal. Evid. Code* §§ 702(a), 1200(a), 1200(b), 1523. |

137977.00603/95104574v.1                    1

DEFENDANT BENTLEYFORBES HOLDINGS, LLC'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF YOO CHAN SEO

| | |
|---|---|
| 7. Paragraph 4: "SKN is seeking an attachment in order to preserve its right to recover on its claim against BF Holdings, and not for any other purpose." | Statement lacks foundation. Based on declarant's assertions in Paragraph 1, unclear whether this statement is within the declarant's personal knowledge. *See Cal. Evid. Code* §§ 702(a) and 1523. |

DATED: November 26, 2012          Blank Rome LLP

             By: /s/ Gregory M. Bordo             
                Gregory M. Bordo
                Arti L. Bhimani
                Attorneys for Defendant
                BentleyForbes Holdings, LLC