JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| SK NETWORKS COMPANY LIMITED, a South Korean corporation,<br><br>    Plaintiff and counter-defendant,<br><br>vs.<br><br>BENTLEYFORBES HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Defendant and counterclaimant. | Case No. CV12-8997-MMM (SHx)<br><br>Assigned to: Judge Margaret M. Morrow<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE PURSUANT TO RULE 41** |

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE**

1  Based on the stipulation of the parties, **IT IS HEREBY ORDERED** that all claims and counterclaims in this action are dismissed with prejudice under Rule 41, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: January 22, 2014

_____
Honorable Margaret M. Morrow
United States District Court Judge

2
**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE**